RECEIVED
IN MONROE, LA

SEP 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MONA WOODS, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, D. B. W. | * | DOCKET NO. 07-0926 |
| VERSUS | * | JUDGE JAMES |
| G.B. COOLEY HOSPITAL FOR RETARDED CITIZENS, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant, G. B. Cooley Hospital Service District's "Motion to Dismiss" [doc. # 16] be, and it is hereby DENIED.

IT IS FURTHER ORDERED that defendants, State of Louisiana, Department of Health and Hospitals and State of Louisiana, Department of Social Services' motion to dismiss for lack of jurisdiction on the basis of Eleventh Amendment immunity [doc. # 21] be GRANTED, and that plaintiff's claims against said defendants only are hereby DISMISSED, without prejudice. Fed.R.Civ.P. 12(b)(1).

THUS DONE AND SIGNED this 24 day of September, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA