RECEIVED
IN MONROE, LA
JAN 28 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| MONA WOODS, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, D.B.W. | * | CIVIL ACTION NO. 07-0926 |
| | * | JUDGE JAMES |
| Versus | | |
| | * | MAGISTRATE JUDGE HAYES |
| G.B. COOLEY HOSPITAL SERVICE DISTRICT | | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss plaintiffs' claims under the American With Disabilities Act, 42 U.S.C. § 12101, *et seq.* and the Child Abuse Prevention and Treatment Act ("CAPTA"), 42 U.S.C. § 5101, *et seq.* (Doc. #52) is hereby **GRANTED**.

THUS DONE AND SIGNED this 28 day of January, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION